# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>GARLAND JOSEPH NELSON,<br><br>            Defendant. | Case No. 21-06006-01-CR-SJ-SRB |

## GOVERNMENT'S LIST OF EXHIBITS

The United States of America files the attached list of exhibits which the Government may offer at trial, and requests leave to amend this list as needed.

Respectfully submitted,

Teresa A. Moore
United States Attorney

By:     */s/ Kathleen D. Mahoney*

Kathleen D. Mahoney
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on September 28, 2022, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Kathleen D. Mahoney*

Kathleen D. Mahoney
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 21-06006-01-CR-SJ-BP |
| GARLAND JOSEPH NELSON, | |
| Defendant. | |

## E X H I B I T S

| ✓ | = | Offered & admitted without objection. | D.B. | = | Admitted, de bene. |
| 1. | = | Offered & admitted over objection. | W.D. | = | Offered then withdrawn. |
| Ex. | = | Offered, but objected to and excluded. | Ltd. | = | Admitted for limited purpose. |
| N.O. | = | Marked but not offered. | | | |

| Exhibit Number | Action Taken | Date | Time | Description | Bates Range |
|---|---|---|---|---|---|
| 1 | | | | Central Bank of the Midwest Nelson Land & Cattle acct. # 5150, 1/1/17 – 7/31/19 | CENT 1 - 106 |
| 2 | | | | Nelson Amex card # 1025, 12/18 – 7/19 | AMEX 1 - 77 |
| 3 | | | | Pony Express Bank J4S acct. # 7978, 2018 - 2019 | PONY 374-729 |
| 4 | | | | Pony Express Bank loan # 57373 for pickup truck | PONY 1 - 69 |

_____
      I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_____            _____
PRINTED NAME                                                       SIGNATURE

| | | | | | |
|---|---|---|---|---|---|
| 5 | | | | Pony Express Bank Feil acct. # 1928, 2017-2019 | PONY 70-373 |
| 6 | | | | American AG Credit S-D Feeders acct. #7978, 12/18 – 2/19 | AMAG 1 - 44 |
| 7 | | | | Community First Credit Union Diemel's Livestock credit card # 7497, 2017-2019 | COMM 1-181 |
| 8 | | | | Community First Credit Union Diemel's Livestock acct. #0222, 2017-2019 | COMM 182-5928 |
| 9 | | | | Fox Communities Credit Union Diemel's Livestock acct. #1843, 2017-2019 | FOXC 1-802 |
| 10 | | | | FedEx Express records for Nelson, Feil, Diemel, 2019 | FEDE 1- 10 |
| 11 | | | | Fed Ex Ground records for Nelson, Feil, Diemel 2019 | FEDG 1 - 9 |
| 12 | | | | UPS records for Nelson, Feil, Diemel 2019 | UPS 1 - 23 |
| 13 | | | | Landmark Bank acct. #2587 records | NELS_152330-40 |
| 14 | | | | Facebook records for Nelson | 2396708977317697 pp. 1 – 7799 |
| 15 | | | | Facebook records for Nick Diemel | 379756286052374 pp. 1 - 13794 |
| 16 | | | | Chain of custody/Nexus/Felon stipulation | |
| 17 | | | | Business records stipulation | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | | | | Nelson cell phone, 660-752-5102 extraction report | NELS_02310 - 64013 |
| 19 | | | | J4s business records | NELS 97-112, 147458-147502 145607-145632 |
| 20 | | | | Foster records of purchases | NELS_147236-43 NELS_152019-22 NELS_152024-28 |
| 21 | | | | Audio recording phone call 1/29/19 | NELS_MD_11 |
| 22 | | | | Transcript phone call 1/29/19 | NELS_153889-153897 |
| 23 | | | | Audio recording phone call sold calves | NELS_MD_11 |
| 24 | | | | Transcript phone call sold calves | NELS_153898-153900 |
| 25 | | | | Audio recording phone call 3/1/19 | NELS_MD_11 |
| 26 | | | | Transcript phone call 3/1/19 | NELS_153883-88 |
| 27 | | | | Photo of calves dropped off in Ft. Scott 5/23/19 | NELS_01978 |
| 28 | | | | Photo of calves dropped off in Ft. Scott 5/23/19 | NELS_01980 |
| 29 | | | | Photo of calves dropped off in Ft. Scott 5/23/19 | NELS_01982 |
| 30 | | | | Photo of calves dropped off in Ft. Scott 5/23/19 | NELS_152462 |

| 31 | | | | Photo of calves dropped off in Ft. Scott 5/23/19 | NELS_152468 |
|---|---|---|---|---|---|
| 32 | | | | Foster/Motley emails, receipts | NELS_152421-26, 152322-23 |
| 33 | | | | Diemel's certificate of veterinary inspection 12/6/18 | NELS_2014 |
| 34 | | | | Photo /Gingerich property | NELS_152346 |
| 35 | | | | Nelson affidavit signed 6/27/2019 | NELS_2014,2016 |
| 36 | | | | Photo cattle hoop barn | NELS_152011 |
| 37 | | | | Photo Gingerich house | NELS_152345 |
| 38 | | | | Photo Gingerich property | NELS_152348 |
| 39 | | | | Photo Gingerich barn | NELS_152349 |
| 40 | | | | Photo Gingerich calendar 2019 | NELS_152104-05 |
| 41 | | | | Photo Gingerich expenses | NELS_152100 |
| 42 | | | | Photo plastic taken from calf | NELS_152103 |
| 43 | | | | Check from J4s to Gingerich | PONY_00429 |
| 44 | | | | 4/9/2019 health certificate 36 cattle | NELS_147512 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | | | | Mayville trucking invoice | NELS_147514_16 |
| 46 | | | | Martin cattle documents, 4/11/19 delivery | NELS_152629-36 |
| 47 | | | | Diemel's cattle records | NELS_146139-83<br>NELS_146798-903<br>NELS_146917-95<br>NELS_147197-211<br>NELS_147236-37<br>NELS_147244<br>NELS_147526-76 |
| 48 | | | | Sparks cattle document, 4/12/19 delivery | NELS_152625 |
| 49 | | | | Teopel sale receipt 4/12/19 | NELS_147198 |
| 50 | | | | Reserved | |
| 51 | | | | Nick and Justin Diemel death certificates | NELS 144171-72 |
| 52 | | | | Photo Nick Diemel | NELS_00090 |
| 53 | | | | Photo Justin Diemel | NELS_00094 |
| 54 | | | | FedEx envelope | Photos NELS 2168-2169 |
| 55 | | | | Nelson Land & Cattle check | Photos NELS 2143-2144 |
| 56 | | | | Scale certificate | Photos NELS 2155-2156 |

| | | | | | |
|---|---|---|---|---|---|
| 57 | | | | Scale certificate | Photos NELS 2157-2158 |
| 58 | | | | Scale certificate | Photos NELS 2159-2160 |
| 59 | | | | Scale certificate | Photos NELS 2161-2162 |
| 60 | | | | Teopel invoice, 4/17/19 | NELS_153902 |
| 61 | | | | Kounkel trucking receipt, 4/18/19 | NELS_153903 |
| 62 | | | | Caldwell County jail records | NELS_152402-05 |
| 63 | | | | Bruce Dismang agreement | NELS_144059-60 |
| 64 | | | | Bruce Dismang letter | NELS 1566-1569 |
| 65 | | | | US Bank account # 8687 account Heidi Stahlman, July 2019 | USBA 236-239 |
| 66 | | | | Nelson Land and Cattle checkbook | |
| 67 | | | | Dustin Sterling screenshot | NELS_152023 |
| 68 | | | | Health certificate 4/16/19 17 head | NELS_146942 |
| 69 | | | | Premier Livestock sale documents 4/16/19 | NELS_146945-47 |

| | | | | | |
|---|---|---|---|---|---|
| 70 | | | | TJ Teopel 4/17/19 receipt | NELS_147199 |
| 71 | | | | Troy Shawl screenshots | NELS_152247-52 |
| 72 | | | | Photo Diemels' rental truck black box | NELS_145735 |
| 73 | | | | Diemels' rental truck route traveled 7/21/19 | UHAR-19-422 Map Screenshots |
| 74 | | | | Justin Diemel's phone | |
| 75 | | | | Photo Diemels' truck in lot | NELS_145702 |
| 76 | | | | Photo Diemels' truck in lot from side | NELS_145707 |
| 77 | | | | Photo Diemels' truck with tape | NELS_145720 |
| 78 | | | | Photo Diemels' truck front seat | NELS_153739 |
| 79 | | | | Photo Diemels' truck back seat passenger side | NELS_153750 |
| 80 | | | | Photo Diemels' truck back seat driver's side | NELS_153799 |
| 81 | | | | Photo cattle hoop barn | NELS_152012 |
| 82 | | | | Photo cattle hoop barn | NELS_152014 |
| 83 | | | | Health certificate 12/21/18, 82 cattle | NELS_152108 |

| | | | | | |
|---|---|---|---|---|---|
| 84 | | | | Nelson video statement 8/6/19 | |
| 85 | | | | Nelson Miranda waiver signed 8/6/19 | NELS_152258 |
| 86 | | | | Transcript 8/6/19 statement | NELS_1286-1560 |
| 87 | | | | 8/6/19 statement clip 1<br>Sgt. Lilleman, 6 minutes | NELS_1297-1303 |
| 88 | | | | reserved | |
| 89 | | | | 8/6/19 statement clip 3<br>Sgt. Lilleman, 6 minutes | NELS_1333-41 |
| 90 | | | | 8/6/19 statement clip 4<br>Sgt. Lilleman, 3 minutes | NELS_1374-77 |
| 91 | | | | 8/6/19 statement clip 5<br>Sgt. Lilleman, 4 minutes | NELS_1382-86 |
| 92 | | | | 8/6/19 statement clip 6<br>Sgt. Kirkendoll, 1 minute | NELS_1414-15 |
| 93 | | | | reserved | |
| 94 | | | | 8/6/19 statement clip 8<br>Sgt. Kirkendoll, 7 minutes | NELS_1444-49 |
| 95 | | | | Photo Diemels' truck glovebox | NELS_153772 |
| 96 | | | | Austin Sparks video 1<br>(IMG_0139.MOV) | NELS_MD_033 |

| # | | | | Description | ID |
|---|---|---|---|---|---|
| 97 | | | | Austin Sparks video 2 (IMG_0140.MOV) | NELS_MD_033 |
| 98 | | | | Austin Sparks video 3 (IMG_0141.MOV) | NELS_MD_033 |
| 99 | | | | Reserved | |
| 100 | | | | Photo 3321 SE Catawba house | NELS_153019 |
| 101 | | | | Photo 3321 SE Catawba house and outbuilding | NELS_153025 |
| 102 | | | | Photo 3321 SE Catawba outbuilding | NELS_153026 |
| 103 | | | | Photo 3321 SE Catawba outbuildings and trucks | NELS_153029 |
| 104 | | | | Photo 3321 SE Catawba Nelson truck from front | NELS_153144 |
| 105 | | | | Photo 3321 SE Catawba Nelson truck from back | NELS_153146 |
| 106 | | | | Photo Nelson truck Uniform Citation | NELS_153160 |
| 107 | | | | Photo Nelson truck front seat | NELS_153156 |
| 108 | | | | Photo Nelson truck 30-30 round on front passenger seat | NELS_153157 |
| 109 | | | | Photo Nelson truck 30-30 round in console | NELS_153166 |

| | | | | | |
|---|---|---|---|---|---|
| 110 | | | | 30-30 round from Nelson truck front seat | |
| 111 | | | | 30-30 round from Nelson truck console | |
| 112 | | | | Reserved | |
| 113 | | | | Reserved | |
| 114 | | | | Photo 403 Northwoods house front | NELS_152695 |
| 115 | | | | Photo 403 Northwoods desk | NELS_152724 |
| 116 | | | | Photo 403 Northwoods desk, FedEx envelope, checkbook | NELS_152856 |
| 117 | | | | Photo 403 Northwoods checkbook | NELS_152857 |
| 118 | | | | Reserved | |
| 119 | | | | Reserved | |
| 120 | | | | Reserved | |
| 121 | | | | Photo 403 Northwoods pants in laundry basket | NELS_152859 |
| 122 | | | | Photo 403 Northwoods laundry basket 30-30 casing | NELS_152866 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 123 | | | | Photo Nelson Land & Cattle checkbook | NELS_152954 |
| 124 | | | | Photo Nelson Land & Cattle checkbook first page ##5072-5074 | NELS_152955 |
| 125 | | | | Marlin 30-30 rifle, serial 15037004 | |
| 126 | | | | 30-30 spent round recovered from pants pocket 403 Northwoods | |
| 127 | | | | Diagram 3321 SE Catawba inside house | NELS_00272 |
| 128 | | | | Photo 3321 SE Catawba, February 2019 calendar | NELS_153505 |
| 129 | | | | Photo 3321 SE Catawba, notes on Diemel calves dying | NELS_153547 |
| 130 | | | | Photo 3321 SE Catawba gun safe | NELS_153359 |
| 131 | | | | Photo 3321 SE Catawba Marlin rifle | NELS_153365 |
| 132 | | | | Photo gun safe shelf with ammunition | NELS_153362 |
| 133 | | | | Photo 3321 SE Catawba 30-30 ammunition | NELS_153418 |
| 134 | | | | Marlin 30-30 stamp N. Haven CT | NELS_153375 |
| 135 | | | | Marlin 30-30 rifle serial number | NELS_153374 |

| # | | | | Description | Bates |
|---|---|---|---|---|---|
| 136 | | | | Photo 3321 SE Catawba<br>.22 ammunition | NELS_153439 |
| 137 | | | | Nelson video statement 7/23/19 | NELS_MD_001 |
| 138 | | | | Nelson Miranda waiver 7/23/19 | NELS_152253 |
| 139 | | | | Transcript 7/23/19 statement | NELS_00584-00683,<br>NELS_153193-99 |
| 140 | | | | 7/23/19 statement clip 1<br>1 minute | NELS_00600-601 |
| 141 | | | | 7/23/19 statement clip 2<br>8 minutes | NELS_00616-623 |
| 142 | | | | 7/23/19 statement clip 3<br>6 minutes | NELS_00635-638 |
| 143 | | | | 7/23/19 statement clip 4<br>3 minutes | NELS_00645-647 |
| 144 | | | | 7/23/19 statement clip 5<br>6 minutes | NELS_00651-655 |
| 145 | | | | 7/23/19 statement clip 6<br>3 minutes | NELS_00678-681 |
| 146 | | | | Nelson video statement 7/24/19 | NELS_MD_002 |
| 147 | | | | Nelson Miranda waiver 7/24/19 | NELS_152254 |
| 148 | | | | Transcript 7/24/19 statement | NELS_00685-934 |

| | | | | | |
|---|---|---|---|---|---|
| 149 | | | | 7/24/19 statement clip 1<br>3 minutes | NELS_00696-699 |
| 150 | | | | 7/24/19 statement clip 2<br>4 minutes | NELS_00717-720 |
| 151 | | | | 7/24/19 statement clip 3<br>16 minutes | NELS_00753-765 |
| 152 | | | | 7/24/19 statement clip 4<br>3 minutes | NELS_00853-854 |
| 153 | | | | Nelson video statement 7/30/19 | |
| 154 | | | | Nelson Miranda waiver 7/30/19 | NELS_152257 |
| 155 | | | | Transcript 7/30/19 statement | NELS_01055-1284 |
| 156 | | | | 7/30/19 statement clip 1<br>Sgt. Kirkendoll, 10 minutes | NELS_01064-1071 |
| 157 | | | | 7/30/19 statement clip 2<br>Sgt. Kirkendoll, 5 minutes | NELS_01078-1082 |
| 158 | | | | 7/30/19 statement clip 3<br>Sgt. Kirkendoll, 5 minutes | NELS_01117-1120 |
| 159 | | | | 7/30/19 statement clip 4<br>Sgt. Kirkendoll, 3 minutes | NELS_01141-1142 |
| 160 | | | | 7/30/19 statement clip 5<br>Sgt. Lilleman, 3 minutes | NELS_01155-1156 |
| 161 | | | | 7/30/19 statement clip 6<br>Sgt. Lilleman, 5 minutes | NELS_01167-1170 |

| # | | | | Description | Bates |
|---|---|---|---|---|---|
| 162 | | | | 7/30/19 statement clip 7<br>Sgt. Lilleman, 3 minutes | NELS_01191-1192 |
| 163 | | | | 7/30/19 statement clip 8<br>Sgt. Lilleman, 3 minutes | NELS_01195-1198 |
| 164 | | | | 7/30/19 statement clip 9<br>Sgt. Lilleman, 4 minutes | NELS_01207 |
| 165 | | | | 7/30/19 statement clip 10<br>Sgt. Kirkendoll, 4 minutes | NELS_01261-1264 |
| 166 | | | | 7/30/19 statement clip 11<br>Sgt. Kirkendoll, 3 minutes | NELS_01266-1268 |
| 167 | | | | 7/30/19 statement clip 12<br>Sgt. Kirkendoll, 1 minute | NELS_01269-70 |
| 168 | | | | Nelson Amended J&C, 15-00375-01-CR-W-HFS (6 pp.) | |
| 169 | | | | Nelson PSR 15-00375-01-CR-W-HFS (16 pp.) | |
| 170 | | | | Timeline of Foster/J4s/Diemel cattle purchases, payments | NELS_153982 |
| 171 | | | | Timeline of Troy Shawl/J4s/Diemel cattle purchases, payments | NELS_153983 |
| 172 | | | | Timeline of J4s/Diemel cattle deliveries, payments | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |