IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 15-00375-01-CR-W-BP |
| | Case No. 21-06006-01-CR-SJ-SRB |
| GARLAND JOSEPH NELSON, | |
| Defendant. | |

<u>MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

The United States of America, by its undersigned Assistant United States Attorney, moves this court to issue the attached order and writ of habeas corpus ad prosequendum and offers the following suggestions in support:

1. Garland Joseph Nelson is incarcerated at the Caldwell County, Missouri Jail. This morning, September 30, 2022, he pled guilty to two counts of Murder in the First Degree and was sentenced by the court to two consecutive sentences of life imprisonment without parole, in case number 19CL-CR00366-01, *State of Missouri v. Garland Joseph Nelson*.

2. Nelson pled guilty in this Court before the Honorable Howard F. Sachs to Fraud Using Property Managed or Pledged in Farm Credit Agencies on November 30, 2015, case number 15-00375-01-CR-W-HFS. The Honorable Judge Sachs sentenced Nelson on October 3, 2016, to 24 months' imprisonment followed by 36 months' supervised release. Nelson was released from prison on January 19, 2018.

3. On July 26, 2019, United States Probation Officer Johnathan Smith filed a Supervised Release violation report on Nelson with the court and requested that the court issue an

arrest warrant for Nelson. The case was transferred to the Honorable Beth Phillips for further proceedings. The same date, July 26, 2019, this Court issued an arrest warrant for Mr. Nelson.

4. On April 26, 2022, a grand jury sitting in the Western District of Missouri returned a superseding indictment charging Garland Joseph Nelson with one count of mail fraud, in violation of Title 18, United States Code § 1341, and one count of felon in possession of a firearm, in violation of Title !8, United States Code § 922(g)(1), case number 21-06006-01-CR-SJ-SRB. Mr. Nelson has a scheduled change of plea hearing in that case before this Court on Tuesday, October 4, 2022.

Accordingly, the government requests that the Court issue the attached order and writ of habeas corpus ad prosequendum.

    Respectfully submitted,

    Teresa A. Moore
    United States Attorney

By    */s/ Kathleen D. Mahoney*

    Kathleen D. Mahoney #38828
    Assistant United States Attorney

    Charles Evans Whittaker Courthouse
    400 East 9th Street, 5th Floor
    Kansas City, Missouri 64106
    Telephone: (816) 426-4278

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on September 30, 2022, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record

*/s/ Kathleen D. Mahoney*

Kathleen D. Mahoney
Assistant United States Attorney